UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
09-21417-CIV-MORENO

JOSE ORTIZ,

    Plaintiff,

vs.

KENT SECURITY SERVICES, INC., a Florida Corporation, and ORLY ALEXANDER, individually,

    Defendants.
_____/

**CLOSED CIVIL CASE**

### FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 68, and in accordance with the Plaintiff's Notice of Acceptance of Defendants Kent Security Services, Inc. and Orly Alexander's Offer of Judgment **(D.E. No. 19)**, filed on **October 7, 2009**, judgment is entered in favor of Plaintiff Jose Ortiz and against Defendant Kent Security Services, Inc. in the amount of $5,538.60, for which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of October, 2009.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record